# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALFRED PARKS JR, | ) | CASE NO. 5:20-cv-634 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| SOCIAL SECURITY ADMININSTRATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the magistrate judge in the above-entitled action. (Doc. No. 23.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, defendant has advised that it will not be filing objections to the magistrate judge's report and recommendation. (Doc. No. 24.) The failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the magistrate judge's report and recommendation and adopts the same. Accordingly, the decision of the Commissioner of Social Security is reversed, and the matter is remanded for further proceedings consistent with the report and recommendation.

**IT IS SO ORDERED**.

Dated: May 14, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**